IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

        Plaintiff,                        No. CIV S-05-1491 DFL GGH P

    vs.

MARGARITA A. PEREZ, et al.,

        Defendants.            <u>ORDER</u>

                         /

        Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff, as petitioner, originally purported to file a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254; however, by order filed February 16, 2006, this court dismissed the petition without prejudice, for the reasons stated therein, granting petitioner, as plaintiff, the opportunity filing a civil rights complaint within thirty days. The court also did not rule on the application to proceed in forma pauperis so that petitioner could determine whether he chose to be assessed the higher filing fee for the filing of a civil rights complaint. Plaintiff has now filed the civil rights action, which the undersigned construes as an amended complaint.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

\\\\\

1

1        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

         The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff's request to proceed in forma pauperis is granted;

         2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

         3. Service is appropriate for the following defendants: Margarita A. Perez; Jeanne Woodford.

         4. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 3, 2006.

         5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

              a. The completed Notice of Submission of Documents;

              b. One completed summons;

              c. One completed USM-285 form for each defendant listed in number 3 above; and

\\\\\

1            d. Three (3) copies of the endorsed amended complaint filed March 3,
2            2006.
3       6. Plaintiff need not attempt service on defendants and need not request waiver of
4 service. Upon receipt of the above-described documents, the court will direct the United States
5 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
6 without payment of costs.
7 DATED: 6/26/06

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
mitc1491.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

        Plaintiff,                      No. CIV S 05-1491 DFL GGH P,

    vs.

MARGARITA A. PEREZ, et al.,        NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__       completed summons form

        __2__       completed USM-285 forms

        __3__       copies of the March 3, 2006 Amended Complaint

DATED:

                                                Plaintiff