IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH MITCHELL,** | 2:05-CV-1491 DFL GGH P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **MARGARITA PEREZ, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file responsive pleadings to Plaintiff's complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file their responses to Plaintiff's complaint.

Dated: 10/16/06

/s/ Gregory G. Hollows
_____
United States District Court Magistrate Judge

mitc1491.po

[Proposed] Order

1