IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

      Plaintiff,                         No. CIV S-05-1491 JAM GGH P

      vs.

MARGARITA A. PEREZ, et al.,

      Defendants.                ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 31, 2007, the magistrate judge filed findings and recommendations herein(Docket 28) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations(Docket 31).

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2007, are adopted in full; and

2. Defendants' December 27, 2006, motion to dismiss is granted as to defendant Woodford, under nonenumerated Fed. R. Civ. 12(b), for plaintiff's failure to exhaust administrative remedies, and this defendant is dismissed from this action.

DATED: August 26, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/mitc1491.805