IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

      Plaintiff,                        No. CIV S-05-1491 JAM GGH P

      vs.

MARGARITA A. PEREZ, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 2, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed October 2, 2008, are adopted in full; and

2. This case is dismissed 1) for plaintiff's repeated failure to state a claim; 2) in the alternative, pursuant to Fed. R. Civ. P. 41(b), L.R. 11-110, for plaintiff's failure to comply with a court order.

DATED: 12/19/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

mite1491.801